UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
NEW YUEN FAT GARMENTS FACTORY LIMITED,

        CASE NO. 07 CIV 8304

    Plaintiff,

  -against-

AUGUST SILK, INC., and DIRECT APPAREL SOURCING, INC.,

    Defendants.

-------------------------------------------------------------------X

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff, New Yuen Fat Garments Factory Limited, certifies upon information and belief that the following are corporate parents, subsidiaries, or affiliates which are publicly held:

None.

Dated:    New York, New York
             November 16, 2007

                                                   Respectfully submitted,

                                                   By: _____
                                                      Peter E. Sverd, Esq (6754)
                                            Yuen Roccanova Seltzer & Sverd LLP
                                                    Co-counsel for plaintiff
                                                    132 Nassau Street, Suite 1300
                                                    NewYork, New York 10038
                                                    (212) 608-1178

To: Harlan M. Lazarus, Esq.
     Lazarus & Lazarus, P.C.
     Attorneys for defendants August Silk, Inc.
     240 Madison Avenue
     New York, New York 10016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NEW YUEN FAT GARMENTS FACTORY LIMITED,   Case No.: 07 CIV 8304

          Plaintiff,   **Affidavit of Service**

   -against-

AUGUST SILK, INC., and DIRECT APPAREL
SOURCING, INC.,

         Defendants.
-----------------------------------------------------------------X


STATE OF NEW YORK:
               ss:
COUNTY OF NEW YORK:

   I, Kit Ling Huang, being sworn, say:

1. I am not a party to the action, am over 18 years of age and reside in Kings County, State of New York.

2. On November 16th, 2007 I served the within Rule 7.1 Statement by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following person(s):

      1)    Lazarus & Lazarus, P.C.
             Attn: Harlan M. Lazarus
             240 Madison Avenue, 8th Floor
             New York, New York 10016

                                                  _____
                                                  Kit Ling Huang

Duly sworn to before me
this ___ day of November 2007.

_____

PETER E. SVERD
Notary Public, State of New York
No. 02SV6108393
Qualified in Suffolk County
Commission Expires April 19, 20__