INDEX # 07 CIV 8304
Date Filed: _____
Court Date: _____

**UNITED STATES DISTRICT COURT**
**COUNTY OF NEW YORK**                               **DISTRICT:**
Attorneys: YUEN & YUEN   PH: 212-608-1178
Address:   132 NASSAU STREET, SUITE 1300  NEW YORK  NY  10038   File No.: _____

*NEW YUEN FAT GARMENTS FACTORY LIMITED*

*Plaintiff(s)/Petitioner(s)*

vs

*AUGUST SILK, INC, ET ANO*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:                    **AFFIDAVIT OF SERVICE**

_____Markland J. Harrison_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On ___October 4, 2007___ at ___4:00PM___, at ___499 SEVENTH AVENUE, 6 SOUTH TOWER, NEW YORK, NY___, deponent served the within ___Summons and Complaint___

on: ___AUGUST SILK INC.___, ___Defendant___ therein named.

**#1 INDIVIDUAL** By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [X] By delivering thereat a true copy of each to ___FABIAN "SMITH"___ personally, deponent knew the person so served to be the ___MANAGING AGENT___ of the corporation, and authorized to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** By delivering a true copy of each to_____ _____ a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business   [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by _____

**#5 MAIL COPY** On _____, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York [ ] and Certified Mail # _____

**#6 DESCRIPTION** [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex: _Female_  Color of skin: _Brown_  Color of hair: _Black_  Age: _30 - 40 Yrs._  Height: _5' 0" - 5' 3"_
Weight: _161 - 200 Lbs._  Other Features: _Glasses_

**#7 WIT. FEES** the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARY SRVC** Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#9 USE IN NYC CIVIL COURT** The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

**#10 OTHER**

Sworn to before me on ___October 5, 2007___

WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067464, Westchester County
Commission Expires Oct.15, 2010

Markland J. Harrison
Server's Lic # 1080830
Invoice/Work Order # 07025251

*SPS-401 B'WAY- STE.1201, NY, NY 10013, PH 212-226-3322, FAX 212-431-9485 WWW.SAV-ONPROCESS.COM*

INDEX # 07 CIV 8304
Date Filed: _____
Court Date: _____

**UNITED STATES DISTRICT COURT**
**COUNTY OF NEW YORK**                     DISTRICT:

Attorneys: YUEN & YUEN   PH: 212-608-1178
Address: 132 NASSAU STREET, SUITE 1300  NEW YORK  NY  10038    File No.: _____

*NEW YUEN FAT GARMENTS FACTORY LIMITED*

vs                                                        *Plaintiff(s)/Petitioner(s)*

*AUGUST SILK, INC, ET ANO*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:            **AFFIDAVIT OF SERVICE**

_____Markland J. Harrison_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On ___October 4, 2007___ at ___4:00PM___, at ___499 SEVENTH AVENUE, 6 SOUTH TOWER, NEW YORK, NY___, deponent served the within ___Summons and Complaint___

on: ___AUGUST SILK INC.___, ___Defendant___ therein named.

**#1 INDIVIDUAL** By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION [X]** By delivering thereat a true copy of each to ___FABIAN "SMITH"___ personally, deponent knew the person so served to be the ___MANAGING AGENT___ of the corporation, and authorized to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** By delivering a true copy of each to _____ _____ a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business  [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by_____

**#5 MAIL COPY** On _____, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York [ ] and Certified Mail # _____

**#6 DESCRIPTION [X]** (use with #1, 2 or 3) A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: __Female__  Color of skin: __Brown__  Color of hair: __Black__  Age: __30 - 40 Yrs.__  Height: __5' 0" - 5' 3"__
Weight: __161 - 200 Lbs.__  Other Features: __Glasses__

**#7 WIT. FEES** the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARY SRVC** Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#9 USE IN NYC CIVIL COURT** The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

**#10 OTHER**

Sworn to before me on ___October 5, 2007___

WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067464, Westchester County
Commission Expires Oct.15, 2010

Markland J. Harrison
Server's Lic # 1080830
Invoice/Work Order # 07025251

SPS-401 B'WAY- STE.1201, NY, NY 10013, PH 212-226-3322, FAX 212-431-9485 WWW.SAV-ONPROCESS.COM

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE *October 4, 2007 AT 4pm* |
| NAME OF SERVER (PRINT) *Markland J. Harrison* | TITLE *Process Server* |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: *August 5th Inc. 499 Seventh Ave, 6 South Tower New York, NY*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *October 5, 2007*
              Date         Signature of Server

WENDY RESNICK
Notary Public, State of New York
No. 01RE5067464
Qualified in Westchester County
Commission Expires Oct. 15, 2010

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.