```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NEW YUEN FAT GARMENTS FACTORY LIMITED,     :
                                           :
                        Plaintiff,         :   Case No. 07 CIV 8304
                                           :
        - against -                        :
                                           :
AUGUST SILK, INC. and DIRECT APPAREL       :
SOURCING, INC.,                            :
                                           :
                        Defendants.        :
                                           :
------------------------------------------------------------X
```

## NOTICE OF APPEARANCE
## AND DEMAND FOR SERVICE OF DOCUMENTS

PLEASE TAKE NOTICE, that the undersigned appears herein as counsel for August Silk, Inc., Defendant in the above captioned proceedings, and hereby demands that our firm be added to the mailing list maintained by the Clerk of the United States District Court, Southern District of New York, and that a copy of the Complaint and all pleadings, notices given, or required to be given and all other papers served herein, or required to be served in these proceedings be given to, and served upon, **Harlan M. Lazarus, Esq.**, Lazarus & Lazarus, P.C., 240 Madison Avenue, 8th Floor, New York, New York 10016.

Respectfully submitted this 12th day of October, 2007.

      LAZARUS & LAZARUS, P.C.
      Attorneys for Defendant August Silk, Inc.

      By:_____
      HARLAN M. LAZARUS, HML 0268
      LAZARUS & LAZARUS, P.C.
      240 Madison Avenue, 8th Floor
      New York, New York 10016
      Tel. 212 889-7400

To:   **YUEN ROCCANOVA SELTZER & SVERD LLP**
132 Nassau Street
Suite 1300
New York, New York 10038
ATTN: **PETER E. SVERD, ESQ.**

**YUEN & YEUN, ESQS.**
132 Nassau Street
Suite 1300
New York, New York 10038