UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
NEW YUEN FAT GARMENTS FACTORY LIMITED,

                        Plaintiff,                  Case No.: 07 CIV 8304

      - against -

AUGUST SILK, INC. and DIRECT APPAREL
SOURCING, INC.,

                    Defendants.
------------------------------------------------------------------ X

STATE OF NEW YORK  )
                              ) ss.:
COUNTY OF NEW YORK  )

      **LESLIE K. SCHWARZ**, being duly sworn, deposes and says:

      I am not a party to this action, I am over the age of 18 years and I reside in Queens County.

      On October 12, 2007, I mailed a true copy of the within document titled: **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF DOCUMENTS,** by depositing said true copy into a sealed, pre-paid wrapper, for delivery under the exclusive care and custody of the United States Postal Service located within this City and State addressed to the following:

YUEN ROCCANOVA SELTZER
  &SVERD LLP
132 Nassau Street
Suite 1300
New York, New York 10038
ATTN: **PETER E. SVERD, ESQ.**

YUEN & YUEN, ESQS.
132 Nassau Street
Suite 1300
New York, New York 10038

                                                     _____
                                                      LESLIE K. SCHWARZ

Sworn to before me
this 12th day of October, 2007

_____
      Notary

GILBERT A. LAZARUS
Notary Public, State of New York
No. 02LA4966885
Qualified in New York County
Commission Expires May 21, 2010