UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | | |
|---|---|---|
| NEW YUEN FAT GARMENTS FACTORY, LIMITED, | : | |
| | : | |
| Plaintiff, | : | Index No.:07 CIV 8304 |
| - against- | : | |
| | : | |
| AUGUST SILK INC. AND DIRECT APPAREL SOURCING, INC. | : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------------------X

# RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant, August Silk, Inc., certifies upon information and belief that the following are corporate parents, subsidiaries, or affiliates which are be publicly held:

None, except that August Silk Inc. is a 100% subsidiary of High Fashion International Limited, which is listed on the Hong Kong Stock Exchange.

Date: October 30, 2007
      New York, New York

HARLAN M. LAZARUS, ESQ. {HML-0268}
LAZARUS & LAZARUS, P.C.
*Attorneys for Defendant, August Silk, Inc.*
240 Madison Avenue
New York, New York 10016

To:   **YUEN ROCCANOVA SELTZER & SVERD LLP**
132 Nassau Street
Suite 1300
New York, New York 10038
ATTN: **PETER E. SVERD, ESQ.**

**YUEN & YUEN, ESQS.**
132 Nassau Street
Suite 1300
New York, New York 10038