UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
NEW YUEN FAT GARMENTS FACTORY LIMITED,

                        Plaintiff,                    Case No.: 07 CIV 8304

       - against -

AUGUST SILK, INC. and DIRECT APPAREL
SOURCING, INC.,

                        Defendants.
------------------------------------------------------------------ X

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK  )

       **LESLIE K. SCHWARZ**, being duly sworn, deposes and says:

       I am not a party to this action, I am over the age of 18 years and I reside in Queens County.

       On October 30, 2007, I have faxed a true copy and mailed a true copy by depositing said true copy into a sealed, pre-paid wrapper, for delivery under the exclusive care and custody of the United States Postal Service located within this City and State of the within documents titled: **ANSWER AND ALTERNATIVE COUNTERCLAIMS and RULE 7.1 STATEMENT**. They are addressed to the following:

**YUEN ROCCANOVA SELTZER**
  **& SVERD LLP**
132 Nassau Street
Suite 1300
New York, New York 10038
ATTN: **PETER E. SVERD, ESQ.**

**YUEN & YUEN, ESQS.**
132 Nassau Street
Suite 1300
New York, New York 10038

                                                          LESLIE K. SCHWARZ

Sworn to before me
this 30th day of October, 2007

_____
      Notary

HARLAN M. LAZARUS
Notary Public, State of New York
No. 31-4723982
Qualified in New York County
Commission Expires February 28, 2011