UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
NEW YUEN FAT GARMENTS FACTORY LIMITED,   Case No.: 07 CIV 8304

                Plaintiff,  **RESPONSE TO AUGUST SILK, INC.'S COUNTERCLAIMS AND AFFIRMATIVE DEFENSES**

   -against-

AUGUST SILK, INC., and DIRECT APPAREL
SOURCING, INC.,

                Defendants.
-------------------------------------------------------------------X

Plaintiff NEW YUEN FAT GARMENTS LIMITED, by and through its undersigned attorneys, as and for its Response to, defendant AUGUST SILK, INC.'s Counterclaims, alleges and pleads affirmative defenses to same as follows:

**AS AND FOR PLAINTIFF'S RESPONSE TO AUGUST SILK, INC.'S FIRST COUNTERCLAIM**

1. Plaintiff denies knowledge and information sufficient upon which to form a belief as to the allegations contained in paragraph "151" of August Silk, Inc.'s ("August") First Counterclaim.

2. Plaintiff admits the allegations contained in paragraph "152" of August's First Counterclaim.

3. Plaintiff admits the allegations contained in paragraph "153" of August's First Counterclaim, but lacks information sufficient to form a belief as to whether the defendant's sole engagement in business is limited to selling apparel to retailers.

4. Plaintiff admits the allegations contained in paragraph "154" of August's First Counterclaim, to the extent that a portion of plaintiff's business is manufacturing apparel.

5.  Plaintiff denies knowledge and information sufficient upon which to form a belief as to the allegations contained in paragraph "155" of August's First Counterclaim.

6.  Plaintiff denies knowledge and information sufficient upon which to form a belief as to the allegations contained in paragraph "156" of August's First Counterclaim.

7.  Denies the allegations contained in paragraph "157" of August's First Counterclaim.

8.  Denies the allegations contained in paragraph "158" of August's First Counterclaim.

9.  Denies the allegations contained in paragraph "159" of August's First Counterclaim.

10. Denies the allegations contained in paragraph "160" of August's First Counterclaim.

11. Denies the allegations contained in paragraph "161" of August's First Counterclaim, and refers questions of law to he Court for determination.

### AS AND FOR PLAINTIFF'S RESPONSE TO AUGUST SILK, INC.'S SECOND COUNTERCLAIM

12. Plaintiff repeats and realleges each and every prior allegation in paragraphs "1" through "11" hereof as if set forth at length herein.

13. Denies the allegations contained in paragraph "163" of August's Second Counterclaim.

14. Denies the allegations contained in paragraph "164" of August's Second Counterclaim, and refers questions of law to the Court for determination.

15. Denies the allegations contained in paragraph "165" of August's Second Counterclaim.

16.	Denies the allegations contained in paragraph "166" of August's Second Counterclaim, except admits that plaintiff received some payment.

17.	Denies the allegations contained in paragraph "167" of August's Second Counterclaim.

18.	Denies knowledge and information sufficient to form a basis of belief as to the allegations contained in paragraph "168" of August's Second Counterclaim.

19.	Denies the allegations contained in paragraph "169" of August's Second Counterclaim.

20.	Denies the allegations contained in paragraph "170 of August's Second Counterclaim.

21.	Denies the allegations contained in paragraph "171" of August's Second Counterclaim.

22.	Denies the allegations contained in paragraph "172" of August's Second Counterclaim.

## AS AND FOR PLAINTIFF'S RESPONSE TO AUGUST SILK, INC.'S THIRD COUNTERCLAIM

23.	Plaintiff repeats and realleges each and every prior allegation in paragraphs "1" through "22" hereof as if set forth at length herein.

24.	Denies the allegations contained in paragraph "174" of August's Third Counterclaim.

25.	Denies the allegations contained in paragraph "175" of August's Third Counterclaim.

## AS AND FOR PLAINTIFF'S FIRST AFFIRMATIVE DEFENSE TO AUGUST SILK INC.'S COUNTERCLAIMS

1.      Defendant August Silk, Inc.'s ("August") counterclaims are barred by the doctrine of waiver.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE TO AUGUST'S COUNTERCLAIMS

2.      August's counterclaims are barred by the doctrine of estoppel.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE TO AUGUST'S COUNTERCLAIMS

3.      August's counterclaims are barred by the doctrine of laches.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE TO AUGUST'S COUNTERCLAIMS

4.      August's counterclaims are barred by accord and satisfaction.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE TO AUGUST'S COUNTERCLAIMS

5.      August's counterclaims are barred by the statute of frauds.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE TO AUGUST'S COUNTERCLAIMS

6.      August's counterclaims fail to state a claim upon which relief can be granted.

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE TO AUGUST'S COUNTERCLAIMS

7.      August's counterclaims are barred by documentary evidence.

## AS AND FOR A EIGHTH AFFIRMATIVE DEFENSE TO AUGUST'S COUNTERCLAIMS

8.      August's counterclaims are barred by statute of limitations.

**WHEREFORE PLAINTIFF NEW YUEN FAT GARMENTS LIMITED,** respectfully requests that judgment be entered dismissing defendant August Silk, Inc.'s counterclaims, and granting such further relief that this Court deems just and proper.

Dated: November 16, 2007
New York, New York

                                          Yuen Roccanova Seltzer & Sverd LLP

                                          By: _____
                                          Peter E. Sverd (6754)
                                          Attorneys for plaintiff New Yuen Fat
                                          Garments Limited
                                          132 Nassau Street, Suite 1300
                                          New York, New York 10038
                                          (212) 608-1178

To: Lazarus & Lazarus, P.C.
    Attn: Harlan M. Lazarus
    240 Madison Avenue, 8th Floor
    New York, New York 10016
    (212) 889-7400

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NEW YUEN FAT GARMENTS FACTORY LIMITED,        Case No.: 07 CIV 8304

                Plaintiff,                                           **Affidavit of**
                                                                  **Service**

   -against-

AUGUST SILK, INC., and DIRECT APPAREL
SOURCING, INC.,

              Defendants.
-----------------------------------------------------------------X


STATE OF NEW YORK:
                    ss:
COUNTY OF NEW YORK:

      I, Kit Ling Huang, being sworn, say:

1. I am not a party to the action, am over 18 years of age and reside in Kings County, State of New York.

2. On November 16th, 2007 I served the within Response to August Silk, Inc.'s Counterclaims and Affirmative Defenses by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following person(s):

           1)      Lazarus & Lazarus, P.C.
                     Attn: Harlan M. Lazarus
                     240 Madison Avenue, 8th Floor
                     New York, New York 10016


                                                                  _____
                                                                   Kit Ling Huang

Duly sworn to before me
this ___ day of November 2007.

_____

PETER E. SVERD
Notary Public, State of New York
No. 02SV6108393
Qualified in Suffolk County
Commission Expires April 19, 20__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEW YUEN FAT GARMENTS FACTORY LIMITED,

          CASE NO.: 07 CIV 8304

      Plaintiff,

- against -         ECF CASE

AUGUST SILK, INC., and DIRECT APPAREL
SOURCING, INC.,

      Defendants.

---

### RESPONSE TO AUGUST SILK, INC.'S COUNTERCLAIMS AND AFFIRMATIVE DEFENSES

---

Attorneys for Plaintiff
YUEN ROCCANOVA SELTZER & SVERD LLP
132 Nassau Street, Suite 1300
New York, NY 10038
(212) 608-1178

---

To:              Service of a copy of the within
                is hereby admitted.

Signature (Rule 130-1.1-a)

                Dated:_____, _____

Peter E. Sverd, Esq.

PLEASE TAKE NOTICE:
 ( ) <u>NOTICE OF ENTRY</u>
 that the within is a (certified) true copy of a
 duly entered in the office of the clerk of the within named court on      20__

 ( ) <u>NOTICE OF SETTLEMENT</u>
 that an order          of which the within is a true copy
 will be presented for settlement to    one of the judges of the
 within named Court, at
 on      20__  at    AM.

Dated:          Yours, etc.

      YUEN ROCCANOVA SELTZER & SVERD LLP