UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
New Yuen Fat Garments
Factory Limited

v.

Cinque Silk Inc. and
Direct Apparel Sourcing
Inc.
------------------------------------X

:
:      12-7-07
:
:                ORDER
:      07 Civ 8304 (JFK)
:
:
:

JOHN F. KEENAN, United States District Judge:

The following operative dates are hereby set as a part of the Court's case management plan:

Any additional joinder of parties by May 1, 2008.

Any amendment of the pleadings by May 1, 2008.

Plaintiff(s) will provide expert report(s), if any, to Defendant(s) by _____.

Defendant(s) will provide expert report(s), if any, to Plaintiff(s) by _____.

Replies to any expert reports by _____.

Discovery to be complete by October 3, 2008.

Next conference will be held on October 14, 2008 -10:00.

Discovery supervision will be referred to Magistrate Judge Maas.

SO ORDERED.

Dated:   New York, New York
         December 7, 2007

                                          /s/ John F. Keenan
                                          JOHN F. KEENAN
                                          United States District Judge