UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NEW YUEN FAT GARMENTS FACTORY,           :
LIMITED,
                                          :
                                          :
                    Plaintiff,            :     Index No.:07 CIV 8304
        - against-                        :
                                          :
AUGUST SILK INC. AND DIRECT APPAREL       :
SOURCING, INC.                            :
                                          :
                    Defendants.           :
-----------------------------------------------------------------X
STATE OF NEW YORK    )
                     )SS.:
COUNTY OF NEW YORK   )

   Carissa A. Schumacher, being duly sworn, deposes and says:

   I am not a party to this action, I am over the age of 18 years and I reside in Somerset County, New Jersey.

   On January 7, 2008, I delivered via first class mailed, a true copy of the following document: **DEFENDANT, AUGUST SILK, INC.'S AMENDED INITIAL DISCLOSURES**; enclosed in a sealed pre-paid wrapper for delivery, by depositing said true copies into an official depository under the exclusive care and custody of the United States Postal Service located within this City and State addressed to the following:

   **YUEN ROCCANOVA SELTZER & SVERD LLP**
   132 Nassau Street, Suite 1300
   New York, New York 10038
   **ATTN: PETER E. SVERD, ESQ.**

                                          _____
                                                Carissa A. Schumacher

Sworn to before me this
7th day of January, 2008

_____
       Notary Public

HARLAN M. LAZARUS
Notary Public, State of New York
No. 31-4723982
Qualified in New York County
Commission Expires February 28, 20__