UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

New Yuen FAT Garments Factory Limited

                    Plaintiff,

-against-

07 CIVIL 8304 (JFK)(FM)

August Silk, Inc., et al.

                    Defendant.
-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __PETER E. SVERD, ESQ (6754)__

☐ *Attorney*

    ☐ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: _____

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

From: __Miranda Sokoloff Samburgky Slone Verveniotly LLP__

To: __Yuen Roccanova Seltzer & Sverd LLP__

☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ *Address:* __132 Nassau St., Suite 1300, New York, NY 10038__

☒ *Telephone Number:* __212 608-1178__

☒ *Fax Number:* __212 608-2913__

☒ *E-Mail Address:* __psverd@yrsslaw.com__

Dated: __1-25-08__