# YUEN ROCCANOVA SELTZER & SVERD LLP
## Attorneys at Law

132 Nassau Street
Suite 1300
New York, N.Y. 10038
Phone:    (212) 608-1178
Facsimile: (212) 608-2913

Po W. Yuen
Veronica Yuen
Joseph T. Roccanova
Steven Seltzer
Peter E. Sverd

Long Island Office
149 Main Street
Huntington, N.Y. 11743
Phone:   (631) 239-5297
Facsimile: (631) 421-4483

E-mail:
yrss@yrsslaw.com

**MEMO ENDORSED**

January 30, 2008

<u>Via Facsimile: 212-805-6724</u>
Honorable Frank Maas
United States District Court
Southern District of New York
500 Pearl Street, Room 20A
New York, New York

*[Handwritten endorsement: The conference is adjourned to 3/7 at 2pm. There will be no further adjournments. Additionally, counsel are directed to comply with my prior order in advance of the conference. FMaas, USMJ, 1/30/08]*

Re:   *New Yuen Fat v. August Silk, et al.*
       Case No.: 07 CIV 8304

Dear Hon. Judge Maas:

   We represent the plaintiff in the above matter. We hereby request that the case management conference currently scheduled for January 31st, 2008 be adjourned to February 22nd, 2008 on consent of all parties due to the actual engagement of plaintiff's attorney on trial in Civil Court, County of Staten Island. Enclosed please find fully executed stipulation by all parties consenting to the adjournment.

   Thank you.

Respectfully,

Joseph T. Roccanova

JTR/kh
Encl.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/08