*Koeltl, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X

NEW YUEN FAT GARMENTS FACTORY,
LIMITED,

                Plaintiff,      :   Docket No: 07 CIV 8304

    - against-             :   (JFK) (FM)

AUGUST SILK INC. AND DIRECT APPAREL  :   **STIPULATION**
SOURCING, INC.

               Defendants.
-----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-23-08

      IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for Plaintiff, New Yuen Fat Garments Factory, Limited (the "Plaintiff"), and Defendant, Direct Apparel Sourcing, Inc. ("DAS") that DAS, hereby accepts service of Plaintiff's Summons and Complaint, filed with this Court September 24, 2007 (the "Complaint") and Plaintiff agrees to accept service of a responsive pleading from DAS on or before Monday, April 29, 2008;

      IT IS FURTHER STIPULATED AND AGREED that DAS hereby waives any objection of or relating to the service of the Complaint on DAS and consents to the jurisdiction of this Court;

      IT IS FURTHER STIPULATED AND AGREED that upon receipt of said responsive pleading from DAS, Plaintiff will immediately withdraw any pending motions made in connection with any alleged default by DAS.

      IT IS FURTHER STIPULATED AND AGREED that the facsimile signatures below are as binding as original signatures, and the Court may be provided with a photocopy of this Stipulation in lieu of the original with the same effect as if the original had been filed.

Dated: April 18, 2008
       New York, New York

| | |
|---|---|
| YUEN ROCCANOVA SELTZER<br>& SVERD, LLP, *Attorneys for Plaintiff* | LAZARUS & LAZARUS, P.C.<br>*Attorneys for Direct Apparel Sourcing, Inc.* |
| *[signature]* | *[signature]* |
| PETER SVERD, ESQ.<br>132 Nassau Street, Suite 1300<br>New York, New York 10038<br>(212) 608-1178 | HARLAN M. LAZARUS, ESQ.<br>240 Madison Avenue, 8th Fl.<br>New York, New York 10016<br>(212) 889-7400 |

SO ORDERED this 23 day of April, 2008.

*[signature]*

HONORABLE JOHN F. KEENAN,
UNITED STATES DISTRICT JUDGE