# YUEN ROCCANOVA SELTZER & SVERD LLP
## Attorneys at Law

132 Nassau Street
Suite 1300
New York, N.Y. 10038
Phone: (212) 608-1178
Facsimile: (212) 608-2913

**MEMO ENDORSED**

Po W. Yuen
Veronica Yuen
Joseph T. Roccanova
Steven Seltzer
Peter E. Sverd

Long Island Office
149 Main Street
Huntington, N.Y. 11743
Phone: (631) 239-5297
Facsimile: (631) 421-4483

E-mail:
psverd@yrsslaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/28/08

**APPLICATION GRANTED
SO ORDERED**

/s/ Frank Maas
Frank Maas, USMJ  4/25/08

April 25, 2008

<u>Via Facsimile: 212-805-6724</u>
Honorable Frank Maas
United States District Court
U.S. Courthouse
500 Pearl Street, Room 20A
New York, New York 1007-1312

Re:  *New Yuen Fat Garments Ltd., v. August Silk, Inc.,
     And Direct Apparel Sourcing, Inc.*
     07 civ 8304

Dear Honorable U.S.D.C.J., Maas:

Please be advised that we represent the plaintiff, New Yuen Fat Garments, Ltd., in the above indexed matter. As Your Honor will recall, the plaintiff has commenced this breach of contract action to recover $354,711.60, from the defendants, who failed to pay for garments manufactured, shipped and accepted.

The non-appearing co-defendant, Direct Apparel Sourcing, Inc. ("Direct"), will be appearing in this case on or before April 27, 2008, as per Stipulation of the parties, which was So-Ordered by the Honorable U.S.D.C.J. John F. Keenan, on April 23, 2008, a copy of which is attached hereto at **EXHIBIT A**.

In light of Direct's imminent appearance, the plaintiff hereby requests that the Honorable U.S.D.C.J. John F. Keenan's Scheduling Order of December 7, 2007 ( a copy of which is attached hereto at **EXHIBT B**) be amended to extend the joinder of any additional parties beyond the May 1, 2008 deadline, as well as, the deadline to amend pleadings by May 1, 2008. It is respectfully requested that the time for both of these deadlines be extended to May 30, 2008, at which time it is anticipated that the depositions of all of the parties in this case should have been completed.

*Honorable U.S.D.C.J. Maas*
*April 25, 2008*
*Page 2 of 2*

Thank You for Your attention to this matter.

Very truly yours,

*[signature]*
Peter E. Sverd

Cc: Lazarus & Lazarus, P.C., Attorneys for defendant August Silk, Inc.