UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

NEW YUEN FAT GARMENTS FACTORY,
LIMITED,

                          Plaintiff,          Index No.:07 CIV 8304

    - against-                                 (JFK)

AUGUST SILK INC. AND DIRECT APPAREL
SOURCING, INC.

                          Defendants.
----------------------------------------------------------------X

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant, Direct Apparel Sourcing, Inc., certifies upon information and belief that the following are corporate parents, subsidiaries, or affiliates which are be publicly held:

       None.

Date: April 29, 2008
      New York, New York

_____
HARLAN M. LAZARUS, ESQ. {HML-0268}
LAZARUS & LAZARUS, P.C.
*Attorneys for Defendant, Direct Apparel Sourcing, Inc.*
240 Madison Avenue
New York, New York 10016
(212) 889-7400

To:   **YUEN ROCCANOVA SELTZER & SVERD LLP**
      132 Nassau Street
      Suite 1300
      New York, New York 10038
      ATTN: **PETER E. SVERD, ESQ.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NEW YUEN FAT GARMENTS FACTORY,
LIMITED,

                          Plaintiff,          Index No.:07 CIV 8304

    - against-

AUGUST SILK INC. AND DIRECT APPAREL
SOURCING, INC.

                        Defendants.
------------------------------------------------------------X

## RULE 7.1 STATEMENT

LAZARUS & LAZARUS, P.C.
*Attorneys for Defendant,*
DIRECT APPAREL SOURCING, INC.
240 Madison Avenue, 8th Floor
New York, New York 10016
Tel. (212) 889-7400

To

Service of a copy of the within is hereby admitted.

Dated:

Attorney(s) for