UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NEW YUEN FAT GARMENTS FACTORY, :
LIMITED, :
                          Plaintiff, :   Index No.:07 CIV 8304

- against- :

:
AUGUST SILK INC. AND DIRECT APPAREL :
SOURCING, INC. :
                       Defendants. :
------------------------------------------------------------X

STATE OF NEW YORK  )
                            )SS.:
COUNTY OF NEW YORK )

      Carissa A. Schumacher, being duly sworn, deposes and says:

      I am not a party to this action, I am over the age of 18 years and I reside in Somerset County, New Jersey.

      On April 29, 2008, I delivered via first class mailed, a true copy of the following document(s): ANSWER AND ALTERNATIVE COUNTERCLAIMS OF DIRECT APPAREL SOURCING, INC. TO COMPLAINT OF PLAINTIFF, NEW YUEN FAT GARMENTS FACTORY LIMITED; enclosed in a sealed pre-paid wrapper for delivery, by depositing said true copies into an official depository under the exclusive care and custody of the United States Postal Service located within this City and State addressed to the following:

                **YUEN ROCCANOVA SELTZER & SVERD LLP**
                132 Nassau Street, Suite 1300
                New York, New York 10038
                **ATTN: PETER E. SVERD, ESQ.**

                                                            _/s/ Carissa A. Schumacher_
Sworn to before me this                                      Carissa A. Schumacher
29th day of April, 2008

_/s/_
Notary Public

HARLAN M. LAZARUS
Notary Public, State of New York
No. 31-4723982
Qualified in New York County
Commission Expires February 28, 2011