UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NEW YUEN FAT GARMENTS FACTORY,    :
LIMITED,                          :
                   Plaintiff,    :    Index No.:07 CIV 8304
    - against-                  :
                                 :
AUGUST SILK INC. AND DIRECT APPAREL  :
SOURCING, INC.                    :
                   Defendants.  :
------------------------------------------------------------X

STATE OF NEW YORK    )
                        )SS.:
COUNTY OF NEW YORK )

    Carissa A. Schumacher, being duly sworn, deposes and says:

    I am not a party to this action, I am over the age of 18 years and I reside in Somerset County, New Jersey.

    On May 21, 2008, I delivered mailed, a true copy of the following document(s): DIRECT APPAREL SOURCING, INC. 'S INITIAL DISCLOSURES; DIRECT APPAREL SOURCING, INC. 'S RESPONSE TO PLAINTIFF'S NOTICE TO PRODUCE DOCUMENTS; RESPONSE TO PLAINTIFF'S NOTICE TO PRODUCE THINGS; & RESPONSE TO PLAINTIFF'S INTERROGATORIES; enclosed in a sealed pre-paid wrapper for delivery, by depositing said true copies into an official depository under the exclusive care and custody of the United States Postal Service located within this City and State addressed to the following:

        **YUEN ROCCANOVA SELTZER & SVERD LLP**
        132 Nassau Street, Suite 1300
        New York, New York 10038
        **ATTN: PETER E. SVERD, ESQ.**

_____
Carissa A. Schumacher

Sworn to before me this
21st day of May, 2008

_____
Notary Public

HARLAN M. LAZARUS
Notary Public, State of New York
No. 31-4723982
Qualified in New York County
Commission Expires February 28, 20 11