USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/29/08

# YUEN ROCCANOVA SELTZER & SVERD LLP
## Attorneys at Law
132 Nassau Street
Suite 1300
New York, N.Y. 10038
Phone:    (212) 608-1178
Facsimile: (212) 608-2913

**MEMO ENDORSED**

Po W. Yuen
Veronica Yuen
Joseph T. Roccanova
Steven Seltzer
Peter E. Sverd

Long Island Office
149 Main Street
Huntington, N.Y. 11743
Phone:    (631) 239-5297
Facsimile: (631) 421-4483

E-mail:
psverd@yrsslaw.com

*[Handwritten endorsement:] The applications set forth in this letter are granted solely to the following extent: 1) Fact discovery shall be completed by 8/15/08; 2) A further telephone conference shall be held June 20, 2008, at 3pm. —FMaas, USMJ, 5/28/08*

May 28, 2008

**Via Facsimile: 212-805-6724**
Honorable Frank Maas
United States District Court
U.S. Courthouse
500 Pearl Street, Room 20A
New York, New York 1007-1312

Re:    *New Yuen Fat Garments Ltd., v. August Silk, Inc.,*
       *And Direct Apparel Sourcing, Inc.*
       07 civ 8304

Dear Honorable U.S.D.C.J., Maas:

Please be advised that we represent the plaintiff, New Yuen Fat Garments, Ltd., in the above indexed matter. As Your Honor will recall, the plaintiff has commenced this breach of contract action to recover $354,711.60, from the defendants, who failed to pay for garments manufactured, shipped and accepted. Co-defendant, Direct Apparel Sourcing, Inc. ("Direct"), appeared this case on April 29, 2008, and served automatic disclosure on May 21, 2008. The automatic disclosure was not received by regular mail until on or about May 23, 2008. I have spoken to the Office Lazarus & Lazarus, P.C., who expressed their consent to extending the dates herein referred to. Plaintiffs are also identifying dates that they will be available for depositions in the United States of America, or by tele-conference.

In light of the foregoing, the plaintiff hereby requests that paragraph (3) and (4) of the Scheduling Order of the Honorable Frank Maas, United States Magistrate Judge, dated March 10, 2008 (a copy of which is attached hereto at **EXHIBIT A**) be amended as follows:

(3) on or before August 15, 2008, all fact discovery shall be completed.
(4) A telephone conference shall beheld on June 20, 2008 at 10 am. The plaintiff's counsel is directed to initiate the call by dialing Chambers at (212) 805-6727.

*Honorable U.S.D.C.J. Maas*
*May 28, 2008*
*Page 2 of 2*

      In addition, it is respectfully requested that the Application Granted So Ordered by the Honorable Frank Maas, United States Magistrate Judge, dated April 25, 2008 (a copy of which is attached hereto at **EXHIBIT B**) be amended to extend the joinder of any additional parties, as well as, the deadline to amend pleadings to August 30, 2008, at which time it is anticipated that the depositions of all of the parties in this case should have been completed.

Thank You for Your attention to this matter.

Very truly yours,

Peter E. Sverd

Cc: Lazarus & Lazarus, P.C., Attorneys for defendant August Silk, Inc.