UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

NEW YUEN FAT GARMENTS LTD.,          :

                Plaintiff,          :     **ORDER**

    -against-                                 :     07 Civ. 8304 (JFK)(FM)

AUGUST SILK, INC., et ano,              :

               Defendants.       :

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08

**FRANK MAAS**, United States Magistrate Judge.

      Pursuant to a telephone conference held earlier today, it is hereby

ORDERED that:

1.  On or before June 27, 2008, the plaintiff shall make its application to conduct the depositions of its witnesses by videoconference. On or before July 3, 2008, the defendants shall respond to the application.

2.  On or before September 12, 2008, the defendants shall serve their expert reports, together with the other materials required by Fed. R. Civ. P. 26(a)(2).

3.  On or before October 3, 2008, the plaintiff shall serve any rebuttal reports, together with the other materials required by Fed. R. Civ. P. 26(a)(2).

4.  On or before October 10, 2008, all discovery shall be completed.

5.  A settlement conference in this matter shall be held on October 14, 2008, at 2:00 p.m. Counsel should call my chambers the day prior to

the conference to ascertain the courtroom. Settlement procedures are attached.

SO ORDERED.

Dated:   New York, New York
         June 19, 2008

                                        _____
                                        FRANK MAAS
                                        United States Magistrate Judge


Copies to:

Honorable John F. Keenan
United States District Judge

Peter E. Sverd, Esq.
Yuen, Roccanona, Seltzer & Suerd, LLP
Fax: (212) 608-2913

Harlan M. Lazarus, Esq.
Lazarus & Lazarus, P.C.
Fax: (212) 684-0314